UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 11-21956 ABA

Debtor: Gail T. Edison

| Check Number | Creditor | Amount |
|---|---|---|
| 1861467 | Select Portfolio Servicing, Inc. | 3597.65 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   October 10, 2014