Fill in this Information to identify the case:

| Debtor 1 | Gail | | Edison |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Jersey
(State)

Case number: 11-21956  A A

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2022 JUL 26  A 8:23

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

## Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $3,597.65 |
| Claimant's Name: | Select Portfolio Servicing  Inc. |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 3217 Decker Lake Drive<br>W. Valley City, UT 84119<br>Attn: Mike Maynard<br><br>Phone number:  801293 3835<br>Email address:  Jay@earlcorporateadvisory.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☒ Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**3. Supporting Documentation**

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

**4. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney<br>
District of New Jersey<br>
Peter Rodino Federal Building<br>
970 Broad Street, Suite 700<br>
Newark, New Jersey 07102

| **5. Applicant Declaration** | **5. Co-Applicant Declaration (if applicable)** |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 7/19/22 | Date: |
| _Jay Ehrlich_ (signature) | |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Jay Ehrlich | |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address: | Address: |
| 15125 N Scottsdale Rd Unit 713 | |
| Scottsdale, AZ 85254 | |
| Telephone: 847 922 2042 | Telephone: |
| Email: Jay@earlcorporateadvisory.com | Email: |



131? ? scottsdale @ 113

Scottsdale, Az. 85259

USPS FIRST-CLASS MAIL ®

3.20 oz

U.S. POSTAGE
$1.92
85260
FCM LG ENV
Date of sale
07/19/22
06 25 SSK
1148707I

847420719134345

SHIP
TO:

**NEWARK NJ 07107**

(420) 07107



Clerk of US Bankruptcy Court
So Walnut St, #3017
Newark, NJ 07102