STATES BANKRUPTCY COURT
OF NEW JERSEY

in Compliance with D.N.J. LBR 9004-1(b)

Jay Ehrlich
15125 N Scottsdale Rd Unit 713
Scottsdale, AZ. 85254

847 922 2042 Attorney for Select Portfolio Servicing - Creditor

Order Filed on August 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Gail Edison
Debtors

Case No.: 11-21956

Chapter: 13

Judge: Hon. Michael Kaplan

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: August 18, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On or about July 19, 2022, an application was filed for the Claimant(s), Select Portfolio Servicing Inc., for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $3,597.65 held in unclaimed funds be made payable to Select Portfolio Servicing Inc. and be disbursed to the payee at the following address:

Select Portfolio Servicing Inc.
3217 Decker Lake Drive
W. Valley City, UT 84119
Attn: Mike Maynard

The Clerk will disburse these funds not earlier than 14 days after entry of this Order; and it is further

ORDERED that in order to receive payment, the Claimant must provide the Court with the Claimant's tax identification number (TIN) on a form completed and signed by the Claimant to whom funds are being distributed according to the requirements below. This document must include the bankruptcy case number and should be sent to the Court at either of the following addresses:

unclaimedfunds@njb.uscourts.gov
or:
United States Bankruptcy Court
Martin Luther King, Jr. Federal Bldg.
**Attention: Financial Department**
50 Walnut Street
P.O. Box 1352 Newark, NJ 07102

a. **Domestic Claimant** - A Claimant who is a U.S. person must submit either:
   1) Court Form AO-213P (available on the Court's website); or
   2) IRS Form W-9 (accessible by searching on the Internal Revenue Service (IRS) website at: https://www.irs.gov/).

**NOTE:** If a claimant desires payment via Electronic Funds Transfer (EFT), then Court Form AO-213P must be used.

b. **Foreign Claimant** - A foreign claimant must submit both:
   1) IRS Form W-8 (accessible by searching on the IRS website at: https://www.irs.gov/); and
   2) Court Form AO-215 (available on the Court's website).

*rev. 11/12/21*

2

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 11-21956-ABA
Gail T. Edison  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2
Date Rcvd: Aug 18, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gail T. Edison, 38 Foxmeadow Drive, Sicklerville, NJ 08081-1140 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2022 at the address(es) listed below:

**Name**  **Email Address**

Andrew M. Lubin
    on behalf of Creditor U.S. Bank National Association as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-CW2 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com

Chester A. Luszcz
    on behalf of Creditor Terrestria Homeowners Association Inc. luszcz@comcast.net, bluszcz@comcast.net

David Paul Daniels
    on behalf of Debtor Gail T. Edison dpdlawyer@comcast.net dpdlawyer3@comcast.net

Isabel Balboa
    ecfmail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa (NA)

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 18, 2022 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com

Joseph Marchand

jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com

Joshua I. Goldman

on behalf of Creditor U.S. Bank National Association  as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-CW2 josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com

Marshall T. Kizner

on behalf of Creditor Terrestria Homeowners Association  Inc. mkizner@stark-stark.com

Tamika Nicole Wyche

on behalf of Debtor Gail T. Edison daviddanielslaw@gmail.com  G30609@notify.cincompass.com

Thomas S. Onder

on behalf of Creditor Terrestria Homeowners Association  Inc. tonder@stark-stark.com

TOTAL: 11