STATES BANKRUPTCY COURT
OF NEW JERSEY

_ in Compliance with D.N.J. LBR 9004-1(b)

Jay Ehrlich
15125 N Scottsdale Rd Unit 713
Scottsdale, AZ. 85254

847 922 2042 Attorney for Select Portfolio
Servicing - Creditor

**Order Filed on October 5, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Gail Edison
Debtors

Case No.: 11-21956

Chapter: 13

Judge: Hon. Michael Kaplan

AMENDED

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: October 5, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On or about July 19, 2022, an application was filed for the Claimant(s), Select Portfolio Servicing Inc., for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $3,597.65 held in unclaimed funds be made payable to Select Portfolio Servicing Inc. and be disbursed to the payee at the following address:

Select Portfolio Servicing Inc.
3217 Decker Lake Drive
Salt Lake City, UT 84119

Attn: Mike Maynard

The Clerk will disburse these funds not earlier than 14 days after entry of this Order; and it is further

ORDERED that in order to receive payment, the Claimant must provide the Court with the Claimant's tax identification number (TIN) on a form completed and signed by the Claimant to whom funds are being distributed according to the requirements below. This document must include the bankruptcy case number and should be sent to the Court at either of the following addresses:

unclaimedfunds@njb.uscourts.gov
or:
United States Bankruptcy Court
Martin Luther King, Jr. Federal Bldg.
**Attention: Financial Department**
50 Walnut Street
P.O. Box 1352 Newark, NJ 07102

a. **Domestic Claimant** - A Claimant who is a U.S. person must submit either:
   1) Court Form AO-213P (available on the Court's website); or
   2) IRS Form W-9 (accessible by searching on the Internal Revenue Service (IRS) website at: https://www.irs.gov/).

**NOTE:** If a claimant desires payment via Electronic Funds Transfer (EFT), then Court Form AO-213P must be used.

b. **Foreign Claimant** - A foreign claimant must submit both:
   1) IRS Form W-8 (accessible by searching on the IRS website at: https://www.irs.gov/); and
   2) Court Form AO-215 (available on the Court's website).

*rev. 11/12/21*

2